IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,
Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP,

      Plaintiff,

vs.

BRENDA STANSELL,

      Defendant.

No. 2:12-cv-2802 GEB GGH PS

ORDER

_____/

      On November 21, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that the Findings and Recommendations filed November 21, 2012, are ADOPTED and

1. This action is remanded to the Yuba County Superior Court;

2. The Clerk is directed to serve a certified copy of this order on the Clerk of the Yuba County Superior Court, and reference the state case number (YCSCCVUD 12-0000331) in the proof of service; and

3. The Clerk is directed to close this case.

Dated: January 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge